## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Trenton, NJ


RENEE PISTONE

                              Plaintiff,

v.                                          Case No.: 3:21−cv−01044−PGS−DEA

                                            Judge Peter G. Sheridan

VALENTINE & KEBARTAS, LLC

                              Defendant.

### ORDER OF DISMISSAL


   This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

   **IT IS** on this 8th day of February, 2022,

   **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

   **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).



                    /s/ Peter G. Sheridan
                    _____
                    PETER G. SHERIDAN United States District Judge